IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER ABRAM,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

No.  C 12-02381 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND CONTINUING CASE MANAGEMENT CONFERENCE**

Plaintiff filed this case on May 11, 2012.  On May 22, 2012, the Court issued an Order in which it scheduled the initial case management conference for August 24, 2012 and required the parties to file a case management conference statement by August 17, 2012.  It does not appear that Plaintiff has served Defendant, and Plaintiff did not file a case management conference statement on August 17, 2012.  Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE by no later than August 24, 2012, why the Court should not dismiss this case for failure to prosecute.  The Court CONTINUES the case management conference from August 24, 2012, to August 31, 2012 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: August 21, 2012

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE