IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER ABRAM,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

No. C 12-02381 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received and considered Plaintiff's response to the Court's Order to Show Cause, and it shall DISCHARGE the Order to Show Cause and shall not impose sanctions. In light of the Plaintiff's representations, and because Defendant has not yet appeared, the Court CONTINUES the case management conference from August 31, 2012 at 1:30 p.m. to October 5, 2012, at 1:30 p.m. The parties' joint case management statement shall be due on September 28, 2012.

**IT IS SO ORDERED.**

Dated: August 23, 2012

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE