1  L. JULIUS M. TURMAN, State Bar No. 226126
   PHILIP J. SMITH, State Bar No. 232462
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel:    415.442.1000
4  Fax:    415.442.1001
   jturman@morganlewis.com
5  philip.smith@morganlewis.com

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
7  CORPORATION aka AMTRAK

8  Paul B. Justi (SBN124727)
   LAW OFFICES OF PAUL B. JUSTI
9  1981 North Broadway, Suite 250
   Walnut Creek, CA 94596
10 T: 925.256.7900
   F: 925.256.9204
11 pbjusti@comcast.net

12 Attorneys for Plaintiff
   WALTER ABRAM
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16 | WALTER ABRAM,                          | Case No. C 12-02381 JSW
17 |        Plaintiff,                      | **STIPULATION AND [PROPOSED] ORDER TO RELATE CASES**
18 |   vs.                                  |
19 | NATIONAL RAILROAD PASSENGER            |
   | CORPORATION DBA AMTRAK; and DOES       |
20 | 1-50, inclusive,                       |
21 |        Defendant.                      |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1

1                                    CASE NO. C 12-02381 JSW

STIPULATION AND ~~PROPOSED~~ ORDER TO RELATE CASES

1    Plaintiffs Walter Abram ("Plaintiff") and Defendant National Railroad Passenger
2 Corporation aka Amtrak ("Defendant" or "Amtrak") hereby stipulate, by and through their
3 respective counsel, as follows:
4    WHEREAS, on or about March 5, 2012, Plaintiffs Derrell Whitley ("Whitley"), Odis
5 Tillis Jr. ("Tillis"), Stanley Jacks ("Jacks"), Willis Frazier III ("Frazier"), Melvin Jones ("Jones"),
6 Tamika McGee ("McGee"), Alesia Styner ("Styner"), Andre Smith ("Smith"), Mark Green
7 ("Green"), Alfred Henry ("Henry"), and Albert Harris ("Harris") (collectively, the "Whitley
8 Action Plaintiffs") filed a complaint against Amtrak in Alameda County Superior Court (the
9 "Whitley State Court Action");
10   WHEREAS, the Whitley Action Plaintiffs are African-Americans who asserted, in the
11 Whitley State Court Action, claims for racial discrimination, racial harassment, retaliation,
12 disability discrimination, violations of medical leave laws, intentional infliction of emotional
13 distress and wrongful termination, arising out of their employment at Amtrak's Oakland,
14 California facilities;
15   WHEREAS, on or about April 10, 2012, Amtrak timely removed the Whitley State Court
16 Action to the United States District Court for the North District of California (Case No. C 12-
17 01781 JSC)(the "Whitley Federal Court Action");
18   WHEREAS, on or about May 11, 2012, Plaintiff Walter Abram filed a complaint against
19 Amtrak in the United States District Court for the North District of California (Case No. C 12-
20 02381 JSW)(the "Abram Federal Court Action");
21   WHEREAS, Plaintiff Walter Abram is African-American and asserted, in the Abram
22 Federal Court Action, claims for racial discrimination, racial harassment, retaliation, disability
23 discrimination, violations of medical leave laws, intentional infliction of emotional distress and
24 wrongful termination, arising out of his employment at Amtrak's Oakland, California facilities;
25   WHEREAS, Morgan, Lewis & Bockius LLP is counsel of record for Amtrak in both the
26 Whitley Federal Court Action and the Abram Federal Court Action;
27   WHEREAS, the Law Offices of Paul B. Justi is counsel of records for all Plaintiffs in both
28 the Whitley Federal Court Action and the Abram Federal Court Action;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    CASE NO. C 12-02381 JSW

DB2/ 23498567.1    STIPULATION AND PROPOSED ORDER TO RELATE CASES

1  WHEREAS, on August 30, 2012, the Parties in the Whitley Federal Court Action attended a case management conference during which the Parties discussed, at the suggestion of the Honorable Jacqueline Scott Corley, the Parties' willingness to stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial;

WHEREAS, on August 30, 2012, the Parties in the Whitley Federal Court agreed, during the case management conference, to stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial;

THEREFORE, Plaintiff Walter Abram and Defendant Amtrak hereby stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial;

THEREFORE, Plaintiffs Derrell Whitley, Odis Tillis Jr., Stanley Jacks, Willis Frazier III, Melvin Jones, Tamika McGee, Alesia Styner, Andre Smith, Mark Green, Alfred Henry, and Albert Harris and Defendant Amtrak hereby stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial.

IT IS SO STIPULATED.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1

3  CASE NO. C 12-02381 JSW

STIPULATION AND ~~PROPOSED~~ ORDER TO RELATE CASES

| | |
|---|---|
| Dated: September 21, 2012 | LAW OFFICE OF PAUL B. JUSTI |
| | By /s/ Paul B. Justi |
| | PAUL B. JUSTI |
| | Attorneys for Plaintiff |
| | WALTER ABRAM; DERRELL WHITLEY; ODIS TILLIS, JR.; STANLEY JACKS; WILLIS FRAZIER, III; MELVIN JONES; TAMIKA McGEE; ALESIA STYNER; ANDRE SMITH; MARK GREEN; ALFRED HENRY; and ALBERT HARRIS |
| Dated: September 21, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Philip J. Smith |
| | L. JULIUS M. TURMAN |
| | PHILIP J. SMITH |
| | Attorneys for Defendant |
| | NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK |

**FILER'S ATTESTATION**

I, Philip J. Smith, am the ECF user whose identification and password are being used to file Defendant National Railroad Passenger Corporation aka Amtrak's, as well as Plaintiff Walter Abram's, Derrell Whitley's, Odis Tillis Jr.'s, Stanley Jacks', Willis Frazier III's, Melvin Jones', Tamika McGee's, Alesia Styner's, Andre Smith's, Mark Green's, Alfred Henry's, and Albert Harris' Stipulation To Relate Cases. In compliance with L.R. 5-1(i)(3), I hereby attest that Paul B. Justi concurs in this filing.

/s/ Philip J. Smith
Philip J. Smith
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 24, 2012

*Jacqueline S. Corley*
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1

4   CASE NO. C 12-02381 JSW
STIPULATION AND ~~PROPOSE~~D ORDER TO RELATE CASES