L. JULIUS M. TURMAN, State Bar No. 226126
PHILIP J. SMITH, State Bar No. 232462
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:    415.442.1001
jturman@morganlewis.com
philip.smith@morganlewis.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T: 925.256.7900
F: 925.256.9204
pbjusti@comcast.net

Attorneys for Plaintiff
WALTER ABRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER ABRAM, | Case No. C 12-02381 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER TO RELATE CASES** |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK; and DOES 1-50, inclusive , | |
| Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1

1    CASE NO. C 12-02381 JSW

STIPULATION AND ~~PROPOSED~~ ORDER TO RELATE CASES

1  Plaintiffs Walter Abram ("Plaintiff") and Defendant National Railroad Passenger
2  Corporation aka Amtrak ("Defendant" or "Amtrak") hereby stipulate, by and through their
3  respective counsel, as follows:
4  WHEREAS, on or about March 5, 2012, Plaintiffs Derrell Whitley ("Whitley"), Odis
5  Tillis Jr. ("Tillis"), Stanley Jacks ("Jacks"), Willis Frazier III ("Frazier"), Melvin Jones ("Jones"),
6  Tamika McGee ("McGee"), Alesia Styner ("Styner"), Andre Smith ("Smith"), Mark Green
7  ("Green"), Alfred Henry ("Henry"), and Albert Harris ("Harris") (collectively, the "Whitley
8  Action Plaintiffs") filed a complaint against Amtrak in Alameda County Superior Court (the
9  "Whitley State Court Action");
10  WHEREAS, the Whitley Action Plaintiffs are African-Americans who asserted, in the
11  Whitley State Court Action, claims for racial discrimination, racial harassment, retaliation,
12  disability discrimination, violations of medical leave laws, intentional infliction of emotional
13  distress and wrongful termination, arising out of their employment at Amtrak's Oakland,
14  California facilities;
15  WHEREAS, on or about April 10, 2012, Amtrak timely removed the Whitley State Court
16  Action to the United States District Court for the North District of California (Case No. C 12-
17  01781 JSC)(the "Whitley Federal Court Action");
18  WHEREAS, on or about May 11, 2012, Plaintiff Walter Abram filed a complaint against
19  Amtrak in the United States District Court for the North District of California (Case No. C 12-
20  02381 JSW)(the "Abram Federal Court Action");
21  WHEREAS, Plaintiff Walter Abram is African-American and asserted, in the Abram
22  Federal Court Action, claims for racial discrimination, racial harassment, retaliation, disability
23  discrimination, violations of medical leave laws, intentional infliction of emotional distress and
24  wrongful termination, arising out of his employment at Amtrak's Oakland, California facilities;
25  WHEREAS, Morgan, Lewis & Bockius LLP is counsel of record for Amtrak in both the
26  Whitley Federal Court Action and the Abram Federal Court Action;
27  WHEREAS, the Law Offices of Paul B. Justi is counsel of records for all Plaintiffs in both
28  the Whitley Federal Court Action and the Abram Federal Court Action;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1

2   CASE NO. C 12-02381 JSW
STIPULATION AND PROPOSED ORDER TO RELATE CASES

1  WHEREAS, on August 30, 2012, the Parties in the Whitley Federal Court Action attended a case management conference during which the Parties discussed, at the suggestion of the Honorable Jacqueline Scott Corley, the Parties' willingness to stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial;

WHEREAS, on August 30, 2012, the Parties in the Whitley Federal Court agreed, during the case management conference, to stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial;

THEREFORE, Plaintiff Walter Abram and Defendant Amtrak hereby stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial;

THEREFORE, Plaintiffs  Derrell Whitley, Odis Tillis Jr., Stanley Jacks, Willis Frazier III, Melvin Jones, Tamika McGee, Alesia Styner, Andre Smith, Mark Green, Alfred Henry, and Albert Harris and Defendant Amtrak hereby stipulate to relate the Whitley Federal Court Action and the Abram Federal Court Action, solely for purposes of procedural convenience, and subject to Amtrak's right to move to bifurcate, sever or separate each and every Plaintiff's claims for individual adjudication or trial.

IT IS SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1

3   CASE NO. C 12-02381 JSW

STIPULATION AND ~~PROPOSED~~ ORDER TO RELATE CASES

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | LAW OFFICE OF PAUL B. JUSTI |
| 2 | | |
| 3 | | By  /s/ Paul B. Justi |
| 4 | | PAUL B. JUSTI<br>Attorneys for Plaintiff |
| 5 | | WALTER ABRAM; DERRELL<br>WHITLEY; ODIS TILLIS, JR.;<br>STANLEY JACKS; WILLIS FRAZIER, |
| 6 | | III; MELVIN JONES; TAMIKA McGEE;<br>ALESIA STYNER; ANDRE SMITH; |
| 7 | | MARK GREEN; ALFRED HENRY; and<br>ALBERT HARRIS |
| 8 | Dated: September 21, 2012 | MORGAN, LEWIS & BOCKIUS LLP |

**FILER'S ATTESTATION**

I, Philip J. Smith, am the ECF user whose identification and password are being used to file Defendant National Railroad Passenger Corporation aka Amtrak's , as well as Plaintiff Walter Abram's, Derrell Whitley's, Odis Tillis Jr.'s, Stanley Jacks', Willis Frazier III's, Melvin Jones', Tamika McGee's, Alesia Styner's, Andre Smith's, Mark Green's, Alfred Henry's, and Albert Harris' Stipulation To Relate Cases. In compliance with L.R. 5-1(i)(3), I hereby attest that Paul B. Justi concurs in this filing.

  /s/ Philip J. Smith
Philip J. Smith
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 24, 2012

_Jacqueline S. Corley_
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23498567.1                4                CASE NO. C 12-02381 JSW
STIPULATION AND ~~PROPOSE~~D ORDER TO RELATE CASES