# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRELL WHITLEY, ODIS TILLIS, JR., STANLEY JACKS, WILLIS FRAZIER III, MELVIN JONES, TAMIKA McGEE, ALESIA STYNER, ANDRE SMITH, MARK GREEN, ALFRED HENRY, and ALBERT HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 12-01781 JSC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION |
| WALTER ABRAM,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK,<br><br>Defendant. | Case No. C 12-02381 JSC |

| | |
|---|---|
| 1 | Good cause appearing, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil |
| 2 | Procedure, IT IS HEREBY ORDERED that the above-captioned action by Plaintiff Walter |
| 3 | Abram (Case No. 12-02381) against Defendant National Railroad Passenger Corporation dba |
| 4 | Amtrak, be, and hereby is, dismissed with prejudice. Each party shall be responsible for bearing |
| 5 | its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced |
| 6 | Lawsuit. |

**IT IS SO ORDERED.**

Date: October 29, 2013

*Jacqueline S. Corley*

The Honorable Jacqueline Scott Corley
Magistrate Judge
United States District Court for the
Northern District of California

---

DB2/ 24436210.1

2

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER DISMISSING
ACTION WITH PREJUDICE
Case Nos. C 12-01781 JSC, C 12-02381 JSC