UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRELL WHITLEY, ODIS TILLIS, JR., STANLEY JACKS, WILLIS FRAZIER III, MELVIN JONES, TAMIKA McGEE, ALESIA STYNER, ANDRE SMITH, MARK GREEN, ALFRED HENRY, and ALBERT HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 12-01781 JSC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION |
| WALTER ABRAM,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK,<br>Defendant. | Case No. C 12-02381 JSC |

1     Good cause appearing, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil
2 Procedure, IT IS HEREBY ORDERED that the above-captioned action by Plaintiff Walter
3 Abram (Case No. 12-02381) against Defendant National Railroad Passenger Corporation dba
4 Amtrak, be, and hereby is, dismissed with prejudice.  Each party shall be responsible for bearing
5 its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced
6 Lawsuit.

7

8 **IT IS SO ORDERED.**

9 Date:   October 29, 2013            _Jacqueline S. Corley_
10                                                                      The Honorable Jacqueline Scott Corley
                                                                     Magistrate Judge
11                                                                      United States District Court for the
                                                                     Northern District of California

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER DISMISSING
ACTION WITH PREJUDICE
Case Nos. C 12-01781 JSC, C 12-02381 JSC

DB2/ 24436210.1